UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKLYN R. WIEHL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:22-cv-00527-JLT-CDB (SS)<br><br>ORDER ON STIPULATION GRANTING EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 17) |

On October 26, 2022, Plaintiff filed a Notice of 30-day Permitted Extension of Time within which to file a motion for summary judgment, extending the filing date to on or before December 14, 2022. (ECF No. 16).

On December 7, 2022, the parties filed a Stipulation and Proposed Order for Extension of Time. (ECF No. 17). The parties' stipulation requests the Court extend Plaintiff's date to file a motion for summary judgment to February 13, 2023 (a 60-day extension).

For the reasons set forth in the stipulation, the Court finds good cause to grant Plaintiff's requested extension.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED,

/ / /

/ / /

Plaintiff Brooklyn Wiehl's deadline to file a Motion for Summary Judgment shall be extended to **February 13, 2023**.

IT IS SO ORDERED.

Dated:   **December 8, 2022**

UNITED STATES MAGISTRATE JUDGE