1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11    BROOKLYN R. WIEHL,                     Case No. 1:22-cv-00527-JLT-CDB (SS)

12                 Plaintiff,                ORDER ON STIPULATION GRANTING
                                             VOLUNTARY REMAND PURSUANT TO
13          v.                               SENTENCE FOUR OF 42 U.S.C. § 405(g)
                                             AND TO ENTRY OF JUDGMENT
14    COMMISSIONER OF SOCIAL
      SECURITY,                              (Doc. 20)
15
                   Defendant.
16

17

18          Before the Court is the parties' Stipulation to Voluntary Remand Pursuant to sentence

19    four of 42 U.S.C. § 405(g) and to Entry of Judgment.  (Doc. 20).  Upon consideration of the

20    parties' stipulation, pleadings and for good cause shown, IT IS HEREBY ORDERED:

21          1.  The above-captioned matter is remanded to the Commissioner of Social Security

22             for further administrative proceedings pursuant to sentence four of 42 U.S.C. §

23             405(g);

24          2.  Upon remand, the Appeals Council will remand the case to an Administrative Law

25             Judge ("ALJ") for a new decision in accordance with the parties' stipulation (Doc.

26             20); and

27    ///
      ///
28

3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and terminate all pending dates.

IT IS SO ORDERED.

Dated:   **April 3, 2023**

UNITED STATES MAGISTRATE JUDGE